JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKESE PETTY, | NO. CV 21-08053 JWH (KS) |
| Petitioner, | JUDGMENT |
| v. | |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: January 25, 2022

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE